1422 SCHOOL DISTRICT NO. 3 (Riverside) vs. TOWNSHIP OF RIVERSIDE, 67 M., 404.

To compel payment of moneys claimed to be due relator from respondent.

Denied October 27, 1887.

Held, that mandamus will not be granted to disturb an apportionment made by the township board of school inspectors, between different districts, acquiesced in for several years.

1423 MURPHY vs. TOWNSHIP BOARD (Reeder), 57 M., 419.

To compel payment of a township order.

Granted June 17, 1885.

The order was based upon a settlement, and the answer set forth that a mistake was subsequently discovered which reduced the sum, and the allowance was limited to the amount conceded by the answer to be due, no issue of fact being made, but the allowance was without prejudice.

1424 MALTZ vs. BOARD OF EDUCATION (Wilson), 41 M., 547.

To compel respondent to pay a portion of the orders of a school district, of which it was formerly a part.

Denied October 8, 1879.

Held, that the assignee of school district orders, due from one district to another, cannot enforce their collection by mandamus, but must proceed through his assignor.